IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DORIAN SANTOS ALMESTICA,                          *

        Plaintiff,                               *

v.                                                Case No.  4:25-cv-94-AGH

                                                 *

COMMISSIONER OF SOCIAL SECURITY,

                                                 *

        Defendant.                               *

                                                 *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 13, 2026, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 13th day of March, 2026.

.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk